FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 02 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        PLAINTIFF,

v.

JEFFREY DAVID LEONARD,

        DEFENDANT(S)

Case No. 2:21-cr-154 JAD BNW

**Order Sealing Indictment**

Based on the government's oral motion and the authority provided by Federal Rule of

Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND

ORDERS that the indictment in this case and all related documents must be kept under seal until

further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District

Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource

Attorney, who may use the information in the sealed indictment for the sole purpose of securing

defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this

case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: June 2, 2021

_____
UNITED STATES MAGISTRATE JUDGE